UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-cv-61027-CMA

MICHAEL BERNSTEIN,

    Plaintiff,

v.

UNITED OF OMAHA LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

Mediator: Joel Levine, Esq.
Judge: Honorable Cecilia M. Altonaga
Conference Date: July 12, 2017

## DISPOSITION OF MEDIATION CONFERENCE

THIS CAUSE, having been submitted to Mediation before JOEL LEVINE, ESQ., Mediator, the disposition of the mediation conference is as follows:

SETTLED.

### Attendance

For Plaintiff: John P. Murray, Esq., Ed Zebersky, Esq., Michael Bernstein, Stephen Bernstein.

For Defendant: Wendy L. Furman, Esq., and via telephone, David Barron

Respectfully Submitted: _/s/ Joel Levine_

July 13, 2017    Joel Levine, Mediator